David K. HUFENDICK,
Petitioner/Appellant,

v.

Bernice F. HUFENDICK,
Respondent/Respondent.

No. 65727.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 22, 1994.

Rehearing Denied Jan. 3, 1995.

Motion to Transfer to
Supreme Court Denied Jan. 10, 1995.

Dennis Buchheit, Julius H. Berg, P.C., Clayton, for appellant.

Bernice E. Hufendick, pro se.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Father appeals the order of the trial court modifying the decree of dissolution entered on November 1, 1989. We affirm. The judgment of the trial court is supported by substantial and competent evidence and is not against the weight of the evidence. A

**312**

written opinion would have no precedential value. Rule 84.16(b).